# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| VICKY M. STEWART, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASCENT BEHAVIORAL HEALTH SERVICES, LLC, an Idaho limited liability company,<br><br>Defendant. | Case No.: 1:19-cv-00144-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

All parties have joined in a Stipulation for Dismissal with Prejudice (Dkt. 25) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being duly advised and finding good cause for the entry of an order consistent with the stipulation, does hereby

ORDER AND THIS SO ORDERS that this civil action and all claims asserted herein are DISMISSED, WITH PREJUDICE, with each party to bear her or its own costs, expenses, and attorneys' fees. The Clerk's Office is directed to close the case.



DATED: June 22, 2020

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

ORDER - 1